# EXHIBIT A

## ORBIT ENERGY & POWER LLC
### CASE #22-19628-ABA

Payments Made during 90 Day Period Prior to Filing

**Vendor:** Turtle & Hughes
1900 Lower Road
Linden, NJ 07036

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 9/30/2022 | 10/3/2022 | 29404 | 60,059.32 |
| 10/14/2022 | 10/18/2022 | 29664 | 25,546.13 |
| 10/28/2022 | 10/31/2022 | 29891 | 29,862.58 |
| TOTAL | | | 115,468.03 |